# Exhibit 7

# Application of U.S. Patent No. 9,111,170 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Honda and Acura vehicles featuring Honda's Traffic Sign Recognition feature, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 9,111,170                                  Page 1 of 21

| Claim | Application of U.S. Patent No. 9,111,170 |
|-------|------------------------------------------|
| 1[pre]: A method performed by an electronic device, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method by an electronic device – e.g., performed by a vehicle featuring Honda's Traffic Sign Recognition functionality, which obtains and processes images of traffic signs.<br><br>**Traffic Sign Recognition System (TSR) is part of Honda Sensing, our intelligent suite of safety and driver-assistive technologies.**<br><br>Honda SENSING STANDARD<br><br>0:09 / 1:35<br><br>**How to Use Traffic Sign Recognition (TSR)**<br><br>Source: https://www.youtube.com/watch?v=pWLJktYnqnk |

## How does Traffic Sign Recognition work?

So how does Honda's driver-assist feature work? The Traffic Sign Recognition system utilizes a small, forward-facing camera to detect posted speed limits and display the traffic sign information on your vehicle's Driver Information Interface and Head-Up Display (if equipped). Like any piece of driver-assist technology, TSR *does* have its limitations and it's important not to rely solely on this system for traffic sign information. Not all traffic signs will be displayed due to factors such as your vehicle, environmental conditions, and the country you're driving in.

Source: https://www.verneidehondasiouxcity.com/honda-traffic-sign-recognition-tsr/; *see also* Honda Sensing® - Traffic Sign Recognition.

U.S. Patent No. 9,111,170                                    Page 3 of 21



Source: https://www.hondainfocenter.com/Terms-and-Technologies/_content/Terms-and-Technologies/Traffic-Sign-Recognition-System-TSR-Select-Vehicles/; *see also* https://www.acurainfocenter.com/2026/MDX-Type-S/Feature-Guide/AcuraWatch-Videos/Acurawatch---Traffic-Sign-Recognition/.

| 1[a]: obtaining an image; | The Accused Instrumentalities obtain an image. For example, the Accused Instrumentalities include a camera system that obtains an image, including an image of a traffic sign. <br><br>  <br><br> Source: https://global.honda/en/tech/Traffic_Sign_Recognition_System_TSR |
|---|---|



Source: https://www.youtube.com/watch?v=pWLJktYnqnk

## How does Traffic Sign Recognition work?

So how does Honda's driver-assist feature work? The Traffic Sign Recognition system utilizes a small, forward-facing camera to detect posted speed limits and display the traffic sign information on your vehicle's Driver Information Interface and Head-Up Display (if equipped). Like any piece of driver-assist technology, TSR *does* have its limitations and it's important not to rely solely on this system for traffic sign information. Not all traffic signs will be displayed due to factors such as your vehicle, environmental conditions, and the country you're driving in.

Source: https://www.verneidehondasiouxcity.com/honda-traffic-sign-recognition-tsr/; *see also* Honda Sensing® - Traffic Sign Recognition.

| 1[b]: applying to the image at least one image processing technique; | The Accused Instrumentalities apply to the image at least one image processing technique. Images captured by the camera of the Accused Instrumentalities are scanned to identify traffic sign information and determine what is indicated by the sign. <br><br>  **Technology overview** <br><br> **Assisting safe driving by displaying traffic signs** <br><br> The Traffic Sign Recognition System urges the driver to take care by recognizing traffic signs while driving and displaying the information on the instrument panel or on a head-up display. <br><br> A camera recognizes traffic signs and the system provides timely notification of information displayed, such as a speed limit, or warnings of "Stop," "No protruding into the oncoming lane to overtake" or "No entry." <br><br> Source: https://global.honda/en/tech/Traffic_Sign_Recognition_System_TSR |
|---|---|



The Traffic Sign Recognition System scans for speed-limit signs and displays detected signs in the Driver Information Interface.





Source: https://www.youtube.com/watch?v=pWLJktYnqnk

# How does Traffic Sign Recognition work?

So how does Honda's driver-assist feature work? The Traffic Sign Recognition system utilizes a small, forward-facing camera to detect posted speed limits and display the traffic sign information on your vehicle's Driver Information Interface and Head-Up Display (if equipped). Like any piece of driver-assist technology, TSR *does* have its limitations and it's important not to rely solely on this system for traffic sign information. Not all traffic signs will be displayed due to factors such as your vehicle, environmental conditions, and the country you're driving in.

Source: https://www.verneidehondasiouxcity.com/honda-traffic-sign-recognition-tsr/; *see also* Honda Sensing® - Traffic Sign Recognition.

| 1[c]: scanning the image to identify a text item; | The Accused Instrumentalities scan the image to identify a text item.  |
|---|---|

Source: https://global.honda/en/tech/Traffic_Sign_Recognition_System_TSR

Within the right cell:

**Technology overview**

**Assisting safe driving by displaying traffic signs**

The Traffic Sign Recognition System urges the driver to take care by recognizing traffic signs while driving and displaying the information on the instrument panel or on a head-up display.

A camera recognizes traffic signs and the system provides timely notification of information displayed, such as a speed limit, or warnings of "Stop," "No protruding into the oncoming lane to overtake" or "No entry."

Camera







Source: https://www.youtube.com/watch?v=pWLJktYnqnk

## How does Traffic Sign Recognition work?

So how does Honda's driver-assist feature work? The Traffic Sign Recognition system utilizes a small, forward-facing camera to detect posted speed limits and display the traffic sign information on your vehicle's Driver Information Interface and Head-Up Display (if equipped). Like any piece of driver-assist technology, TSR *does* have its limitations and it's important not to rely solely on this system for traffic sign information. Not all traffic signs will be displayed due to factors such as your vehicle, environmental conditions, and the country you're driving in.

Source: https://www.verneidehondasiouxcity.com/honda-traffic-sign-recognition-tsr/; *see also* Honda Sensing® - Traffic Sign Recognition.

| | |
|---|---|
| 1[d]: determining an item type for the identified text item; and | The Accused Instrumentalities determine an item type for the identified text item. |

**Technology overview**

**Assisting safe driving by displaying traffic signs**

The Traffic Sign Recognition System urges the driver to take care by recognizing traffic signs while driving and displaying the information on the instrument panel or on a head-up display.

A camera recognizes traffic signs and the system provides timely notification of information displayed, such as a speed limit, or warnings of "Stop," "No protruding into the oncoming lane to overtake" or "No entry."



Source: https://global.honda/en/tech/Traffic_Sign_Recognition_System_TSR

# How does Traffic Sign Recognition work?

So how does Honda's driver-assist feature work? The Traffic Sign Recognition system utilizes a small, forward-facing camera to detect posted speed limits and display the traffic sign information on your vehicle's Driver Information Interface and Head-Up Display (if equipped). Like any piece of driver-assist technology, TSR *does* have its limitations and it's important not to rely solely on this system for traffic sign information. Not all traffic signs will be displayed due to factors such as your vehicle, environmental conditions, and the country you're driving in.

Source: https://www.verneidehondasiouxcity.com/honda-traffic-sign-recognition-tsr/; *see also* Honda Sensing® - Traffic Sign Recognition.

| | |
|---|---|
| 1[e]: determining an action, corresponding to the item type. | The Accused Instrumentalities determine an action corresponding to the item type. For example, the Accused Instrumentalities may alert or provide a message to the driver based on the traffic sign.<br><br>**Technology overview**<br><br>**Assisting safe driving by displaying traffic signs**<br><br>The Traffic Sign Recognition System urges the driver to take care by recognizing traffic signs while driving and displaying the information on the instrument panel or on a head-up display.<br><br>A camera recognizes traffic signs and the system provides timely notification of information displayed, such as a speed limit, or warnings of "Stop," "No protruding into the oncoming lane to overtake" or "No entry." <br><br>Source: https://global.honda/en/tech/Traffic_Sign_Recognition_System_TSR |





Source: https://www.youtube.com/watch?v=pWLJktYnqnk; *see also* https://www.youtube.com/watch?v=xTtRUDvzB2U&t=4s.



Source: https://www.hondainfocenter.com/Terms-and-Technologies/_content/Terms-and-Technologies/Traffic-Sign-Recognition-System-TSR-Select-Vehicles/; *see also* https://www.acurainfocenter.com/2026/MDX-Type-S/Feature-Guide/AcuraWatch-Videos/Acurawatch---Traffic-Sign-Recognition/.

| 2: The method of claim 1, further comprising:<br>displaying a user interface element, corresponding to the action;<br>receiving a selection of the user interface element; and<br>performing the action. | The Accused Instrumentalities display a user interface element corresponding to the action. For example, the Accused Instrumentalities display a speed limit warning threshold setting user interface element. The Accused Instrumentalities further receive a selection of the user interface element.<br><br>Additionally, the Accused Instrumentalities perform the action. For example, as shown above with respect to Claim 1, the Accused Instrumentalities alert or provide a message to the driver when exceeding the speed limit warning threshold.<br><br> |



Source: https://www.youtube.com/watch?v=pWLJktYnqnk