# Exhibit 8

# Application of U.S. Patent No. 9,417,077 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to all versions of the Honda app and Acura app featuring Honda's vehicle location tracking feature, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 9,417,077                                   Page 1 of 14

| Claim | Application of U.S. Patent No. 9,417,077 |
|---|---|
| 1[pre]: A method of displaying a map on a wireless communications device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of displaying a map on a wireless communications device – e.g., performed by the Honda app featuring Honda's vehicle location tracking feature.<br><br>Take advantage of the many features of your Clarity with the HondaLink®* app. View your real-time charge or fuel level and remaining range, locate your car, pre-condition cabin temperature before your get in, and more.<br><br><br><br>Source: hhttps://automobiles.honda.com/clarity/modals/benefits/hondalink; *see also* https://mygarage.honda.com/s/acuralink-marketing. |



**How to Use HondaLink Find My Car**





Source: https://www.youtube.com/watch?v=CdA8UXkGuZ0

| 1[a]: determining position information of a position on the map; | The Accused Instrumentalities determine position information of a position on the map. For example, the Accused Instrumentalities determine the position of a Honda vehicle registered with the Honda app. |
|---|---|







Source: https://www.youtube.com/watch?v=CdA8UXkGuZ0



How to Use HondaLink® Find My Car on the 2018 Honda Accord

Source: https://www.youtube.com/watch?v=ixZ21QTTKH4

| 1[b]: displaying a graphical position indicator representing the position on the map; | The Accused Instrumentalities display a graphical position indicator representing the position on the map. For example, the Accused Instrumentalities display a graphical position indicator indicating the position of the Honda vehicle on the map. |
| --- | --- |



Source: https://www.youtube.com/watch?v=CdA8UXkGuZ0



Source: https://www.youtube.com/watch?v=ixZ21QTTKH4

| | |
|---|---|
| 1[c]: determining address information corresponding to the position on the map, the determining address information comprising obtaining from a server, address data containing the address information; and | The Accused Instrumentalities determine address information corresponding to the position on the map, which includes obtaining from a server address data containing the address information. For example, as shown below, the Accused Instrumentalities obtain address data containing address information from a server. |



Source: https://www.youtube.com/watch?v=CdA8UXkGuZ0



Source: https://www.youtube.com/watch?v=ixZ21QTTKH4

| 1[d]: presenting the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. | The Accused Instrumentalities present the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. For example, the Accused Instrumentalities present the address information by displaying a street number on the map adjacent to the graphical position indicator. |
|---|---|



Source: https://www.youtube.com/watch?v=ixZ21QTTKH4