# Exhibit 11

# Application of U.S. Patent No. RE48,212 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Honda and Acura vehicles with Wi-Fi capability, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. RE48,212                                        Page 1 of 23

| Claim | Application of U.S. Patent RE48,212 |
|---|---|
| 13[pre]: A method to operate a wireless device to encode data using low-density parity-check (LDPC) encoding, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method to operate a wireless device to encode data using low-density parity-check (LDPC) encoding.<br><br>For example, the Accused Instrumentalities implement IEEE 802.11 standards, including IEEE Std. 802.11n, ac, ax, be (Wi-Fi 4, 5, 6, 7).<br><br>## Wi-Fi® Hotspot Capability (Select Vehicles)<br><br>**Definition**<br><br>Select Honda vehicles are equipped with a built-in telematics unit. It allows the vehicle to become a Wi-Fi® hotspot[29], enabling passengers to connect with the internet. In addition, users who have downloaded the HondaLink®[22] app to their mobile phones can enjoy the added benefits of HondaLink Subscription Services.<br><br>Source: https://www.hondainfocenter.com/Terms-and-Technologies/_content/Terms-and-Technologies/Wi-Fi-Hotspot-Capability-Select-Vehicles/ |



**2025 Honda Odyssey | Wi-Fi Hotspot**

Source: https://www.youtube.com/watch?v=-3AoyHIH52c

*Wi-Fi® technology is based on the IEEE 802.11™ series of wireless connectivity standards which have revolutionized how we communicate and access information. Billions of Wi-Fi devices are in use worldwide today, dramatically impacting how individuals, businesses, governments, and societies interact. It is no exaggeration to say that the IEEE 802.11 series of standards has helped bring about inexpensive, equitable internet access globally.*

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

## What Are Wi-Fi Standards?

Wi-Fi standards are defined by the IEEE (Institute of Electrical and Electronics Engineers) under the 802.11 protocol. These standards dictate how wireless devices communicate and connect to the internet. The evolution of these standards has led to significant improvement in speed, range, and reliability.

## Key Wi-Fi Standards

1. **802.11 (1997):** The original standard provided a maximum bandwidth of 2 Mbps operating on the 2.4 GHz frequency band.
2. **802.11a (1999):** Introduced faster speeds of up to 54 Mbps on the 5 GHz band.
3. **802.11b (1999):** Offered a maximum speed of 11 Mbps using the 2.4 GHz band.
4. **802.11g (2003):** Combined features of 802.11a and b, achieving speeds up t0 54 Mbps on the 2.4 GHz band.
5. **802.11n (2009):** Known as **Wi-Fi 4**, it introduced MIMO technology, significantly increasing speed and range with capabilities of up to 600 Mbps on both frequency bands.
6. **802.11ac (2013):** Also called **Wi-Fi 5**, it operates primarily on the 5 GHz band with speeds exceeding 1 Gbps.
7. **802.11ax (2019):** Known as **Wi-Fi 6**, this standard is designed for higher frequency and can reach speeds up to 10 Gbps while supporting multiple devices simultaneously.
8. **802.11be (2024):** Known as **Wi-Fi 7**, this upcoming standard promises even greater speeds and efficiency by utilizing the newly available 6 GHz band alongside existing bands.

Source: https://www.dell.com/support/contents/en-eg/article/product-support/self-support-knowledgebase/networking-wifi-and-bluetooth/wi-fi-network-standards-overview

## 19. High-throughput (HT) PHY specification

### 19.1 Introduction

#### 19.1.1 Introduction to the HT PHY

Clause 19 specifies the PHY entity for a high-throughput (HT) orthogonal frequency division multiplexing (OFDM) system. In addition, a variant capability PHY based on the HT PHY ("Class 2 HT PHY") is defined in this clause.

#### 19.3.11.7 LDPC codes

#### 19.3.11.7.5 LDPC PPDU encoding process

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

## 21. Very high throughput (VHT) PHY specification

### 21.1 Introduction

#### 21.1.1 Introduction to the VHT PHY

Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.

In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.

The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY

#### 21.3.10.5.4 LDPC coding

For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).

$$N_{pld} = N_{SYM,init} N_{DBPS} \qquad (21\text{-}61)$$

LDPC codes used in VHT MU PPDUs shall also follow the definitions in 19.3.11.7. Refer to 21.3.10.5.5 for a description of the LDPC encoding process for VHT MU PPDUs.

Source: IEEE Std 802.11-2020

U.S. Patent No. RE48,212                          Page 5 of 23

## 27. High-efficiency (HE) PHY specification

### 27.1 Introduction

#### 27.1.1 Introduction to the HE PHY

Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:

— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.

— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.

— Clause 19 if the HE STA is operating in the 2.4 GHz band.

— Clause 17 if the HE STA is operating in the 6 GHz band.

#### 27.3.12.5.2 LDPC coding

For an HE SU PPDU or HE ER SU PPDU using LDPC coding on the Data field, the LDPC coding process described in 19.3.11.7 shall be used with the following modifications:

First, all bits in the Data field including the scrambled SERVICE, PSDU, and pre-FEC pad bits are encoded. Thus, $N_{pld}$ for HE PPDUs shall be computed using Equation (27-68) instead of Equation (19-35).

$$N_{pld} = (N_{SYM,init} - m_{STBC})N_{DBPS} + m_{STBC}N_{DBPS,last,init} \qquad (27\text{-}68)$$

Source: IEEE Std 802.11ax-2021

## 36. Extremely high throughput (EHT) PHY specification

### 36.1 Introduction

#### 36.1.1 Introduction to the EHT PHY

Clause 36 (Extremely high throughput (EHT) PHY specification) specifies the PHY entity for an extremely high throughput (EHT) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 36 (Extremely high throughput (EHT) PHY specification), an EHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of Clause 27 (High Efficiency (HE) PHY specification), which specifies support of the mandatory requirements of Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification), Clause 19 (High Throughput (HT) PHY specification), and Clause 21 (Very High Throughput (VHT) PHY specification).

For 2.4 GHz band operation, the EHT PHY is based on HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification) and Clause 18 (Extended Rate PHY (ERP) specification).

For 5 GHz band operation, the EHT PHY is based on the HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the VHT PHY defined in Clause 21 (Very High Throughput (VHT) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification).

For each user with LDPC encoding, the parameters $N_{pld,u}$ and $N_{avbits,u}$ are computed using Equation (36-54) and Equation (36-55), respectively.

$$N_{pld,u} = (N_{SYM,init} - 1)N_{DBPS,u} + N_{DBPS,last,init,u} \tag{36-54}$$

$$N_{avbits,u} = (N_{SYM,init} - 1)N_{CBPS,u} + N_{CBPS,last,init,u} \tag{36-55}$$

For each user with LDPC encoding, continue LDPC encoding process as in 19.3.11.7.5 (LDPC PPDU encoding process) starting with the parameters $N_{pld,u}$ and $N_{avbits,u}$. If there is at least one user with LDPC encoding for which the following condition in step d) of LDPC encoding process as described in 19.3.11.7.5 (LDPC PPDU encoding process) is met:

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024

| | |
|---|---|
| 13[a]: computing a number of modulated orthogonal frequency-division multiplexing (OFDM) symbols for transmitting the data; | The Accused Instrumentalities compute a number of modulated orthogonal frequency-division multiplexing (OFDM) symbols for transmitting the data.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>d)  Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \dfrac{R}{1-R}\right)\right)$ is true OR if<br><br>$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc}/N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $p_{n-k-N_{ppcw}-1}, \ldots, p_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(p_{n-k-N_{ppcw}}, \ldots, p_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$ |

### 21.3.10.5.4 LDPC coding

For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).

$$N_{pld} = N_{SYM, init} N_{DBPS} \tag{21-61}$$

where

$N_{SYM, init}$  is given by Equation (21-62)

$$N_{SYM, init} = m_{STBC} \times \left\lceil \frac{8 \cdot \text{APEP\_LENGTH} + N_{service}}{m_{STBC} \cdot N_{DBPS}} \right\rceil \tag{21-62}$$

where

$m_{STBC}$          is equal to 2 when STBC is used, and 1 otherwise

APEP_LENGTH  is the TXVECTOR parameter APEP_LENGTH

Following the calculation of $N_{pld}$, $N_{avbits}$ shall be computed using Equation (21-63) instead of Equation (19-36).

$$N_{avbits} = N_{SYM, init} N_{CBPS} \tag{21-63}$$

LDPC codes used in VHT MU PPDUs shall also follow the definitions in 19.3.11.7. Refer to 21.3.10.5.5 for a description of the LDPC encoding process for VHT MU PPDUs.

Source: IEEE Std 802.11-2020

where $N_{SYM,init}$ is the initial number of data OFDM symbols with BCC or LDPC encoding in an HE SU PPDU or HE ER SU PPDU as defined by Equation (27-64).

$$N_{SYM, init} = m_{STBC} \cdot \left\lceil \frac{8 \cdot \text{APEP\_LENGTH} + N_{Tail} + N_{service}}{m_{STBC} N_{DBPS}} \right\rceil \tag{27-64}$$

U.S. Patent No. RE48,212                                              Page 9 of 23

### 27.3.12.5.2 LDPC coding

For an HE SU PPDU or HE ER SU PPDU using LDPC coding on the Data field, the LDPC coding process described in 19.3.11.7 shall be used with the following modifications:

First, all bits in the Data field including the scrambled SERVICE, PSDU, and pre-FEC pad bits are encoded. Thus, $N_{pld}$ for HE PPDUs shall be computed using Equation (27-68) instead of Equation (19-35).

$$N_{pld} = (N_{SYM,init} - m_{STBC})N_{DBPS} + m_{STBC}N_{DBPS,last,init} \qquad (27\text{-}68)$$

where $N_{SYM,init}$ is defined in Equation (27-64).

$N_{avbits}$ shall be computed using Equation (27-69) instead of Equation (19-36).

$$N_{avbits} = (N_{SYM,init} - m_{STBC}) \cdot N_{CBPS} + m_{STBC} \cdot N_{CBPS,last,init} \qquad (27\text{-}69)$$

In addition, in step d) of the LDPC encoding process in 19.3.11.7.5, if the following condition is met:

$$(N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left( N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R} \right) \text{ is true OR if}$$

$$N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R) \text{ is true,}$$

then the LDPC Extra Symbol Segment field of the HE-SIG-A field shall be set to 1, $N_{avbits}$ shall be increased according to the Equation (27-70) instead of Equations (19-39), and $N_{punc}$ shall be recomputed as in Equation (19-40):

Source: IEEE Std 802.11ax-2021

### 36.3.13.3.5 Encoding process for an EHT MU PPDU

The encoding process described in this subclause applies to both an EHT SU transmission and a transmission of an EHT MU PPDU to multiple users.

Based on $N_{Excess,u}$, the transmitter then computes the initial number of symbol segments in the last OFDM symbol, i.e., initial pre-FEC padding factor value $a_{init,u}$ as shown Equation (36-48), and the initial number of OFDM symbols, $N_{SYM,init,u}$, for user $u$ using Equation (36-49).

$$N_{SYM, init, u} = \left\lceil \frac{8 \cdot \text{APEP\_LENGTH}_u + N_{tail, u} + N_{service}}{N_{DBPS, u}} \right\rceil \tag{36-49}$$

For each user with LDPC encoding, continue LDPC encoding process as in 19.3.11.7.5 (LDPC PPDU encoding process) starting with the parameters $N_{pld, u}$ and $N_{avbits, u}$. If there is at least one user with LDPC encoding for which the following condition in step d) of LDPC encoding process as described in 19.3.11.7.5 (LDPC PPDU encoding process) is met:

$$(N_{punc, u} > 0.1 \times N_{CW, u} \times L_{LDPC, u} \times (1 - R_u)) \text{ AND } \left(N_{shrt, u} < 1.2 \times N_{punc, u} \times \frac{R_u}{1 - R_u}\right) \text{ is true OR if}$$

$$N_{punc, u} > 0.3 \times N_{CW, u} \times L_{LDPC, u} \times (1 - R_u) \text{ is true,}$$

where $N_{punc, u}$, $N_{CW, u}$, $L_{LDPC, u}$, and $N_{shrt, u}$ are the LDPC encoding parameters for user $u$, as defined in 19.3.11.7.5 (LDPC PPDU encoding process), and $R_u$ is the coding rate of user $u$, then the LDPC Extra Symbol Segment field of EHT-SIG shall be set to 1, and all users with LDPC encoding shall increment $N_{avbits}$ and recompute $N_{punc}$, using Equation (36-56) and Equation (36-57).

$$N_{avbits, u} = \begin{cases} N_{avbits, u} + N_{CBPS, u} - 3N_{CBPS, short, u}, & \text{if } a_{init} = 3 \\ N_{avbits, u} + N_{CBPS, short, u}, & \text{otherwise} \end{cases} \tag{36-56}$$

$$N_{punc, c} = \max(0, (N_{CW, u} \times L_{LDPC, u}) - N_{avbits, u} - N_{shrt, u}) \tag{36-57}$$

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024

| 13[b]: computing a number of shortening bits N_shortened for at least one LDPC codeword to be used during an encoding; | The Accused Instrumentalities compute a number of shortening bits N_shortened for at least one LDPC codeword to be used during an encoding.<br><br>**19.3.11.7.5 LDPC PPDU encoding process** |

| | |
|---|---|
| | c) Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37). |
| | $$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \qquad (19\text{-}37)$$ |
| | When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of Table 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt}$ mod $N_{CW}$ codewords shortened 1 bit more than the remaining codewords. Define $N_{spcw} = \lfloor N_{shrt}/N_{CW} \rfloor$. Then, when $N_{shrt} > 0$, the shortening is performed by setting information bits $i_{k-N_{spcw}-1}, \ldots, i_{k-1}$ to 0 in the first $N_{shrt}$ mod $N_{CW}$ codewords and setting information bits $i_{k-N_{spcw}}, \ldots, i_{k-1}$ to 0 in the remaining codewords. For all values of $N_{shrt}$, encode each of the $N_{CW}$ codewords using the LDPC encoding technique described in 19.3.11.7.2 to 19.3.11.7.4. When $N_{shrt} > 0$, the shortened bits shall be discarded after encoding. |
| | Source: IEEE 802.11-2020 |
| 13[c]: distributing the number of shortening bits N$_{shortened}$ over the at least one LDPC codeword; | The Accused Instrumentalities distribute the number of shortening bits N$_{shortened}$ over the at least one LDPC codeword. |
| | **19.3.11.7.5 LDPC PPDU encoding process** |

| | |
|---|---|
| | c) Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37).<br><br>$$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \qquad (19\text{-}37)$$<br><br>When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of Table 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt}$ mod $N_{CW}$ codewords shortened 1 bit more than the remaining codewords. Define $N_{spcw} = \lfloor N_{shrt} / N_{CW} \rfloor$. Then, when $N_{shrt} > 0$, the shortening is performed by setting information bits $i_{k-N_{spcw}-1}, \ldots, i_{k-1}$ to 0 in the first $N_{shrt}$ mod $N_{CW}$ codewords and setting information bits $i_{k-N_{spcw}}, \ldots, i_{k-1}$ to 0 in the remaining codewords. For all values of $N_{shrt}$, encode each of the $N_{CW}$ codewords using the LDPC encoding technique described in 19.3.11.7.2 to 19.3.11.7.4. When $N_{shrt} > 0$, the shortened bits shall be discarded after encoding.<br><br>Source: IEEE Std 802.11-2020 |
| 13[d]: computing a number of puncturing bits $N_{punctured}$ for the at least one LDPC codeword; | The Accused Instrumentalities compute a number of puncturing bits $N_{punctured}$ for the at least one LDPC codeword.<br><br>**19.3.11.7.5 LDPC PPDU encoding process** |

d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$

If $\left( (N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1 - R)) \text{ AND } \left( N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R} \right) \right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1 - R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:

$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$

The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc}/N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $p_{n-k-N_{ppcw}-1}, \ldots, p_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(p_{n-k-N_{ppcw}}, \ldots, p_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).

$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$

Source: IEEE Std 802.11-2020

| | |
|---|---|
| 13[e]: distributing the number of puncturing bits over the at least one LDPC codeword; | The Accused Instrumentalities distribute the number of puncturing bits over the at least one LDPC codeword.<br><br>**19.3.11.7.5 LDPC PPDU encoding process** |

d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$

If $\left( (N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1 - R)) \text{ AND } \left( N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1 - R} \right) \right)$ is true OR if

$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1 - R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:

$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$

The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc} / N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $P_{n-k-N_{ppcw}-1}, \dots, P_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(P_{n-k-N_{ppcw}}, \dots, P_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).

$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$

Source: IEEE Std 802.11-2020

| 13[f]: determining a performance criterion using at least one of the number of shortening bits $N_{shortened}$ and the number of puncturing bits $N_{punctured}$; | The Accused Instrumentalities determine a performance criterion using at least one of the number of shortening bits $N_{shortened}$ and the number of puncturing bits $N_{punctured}$.<br><br>**19.3.11.7.5 LDPC PPDU encoding process** |
|---|---|

| | |
|---|---|
| | d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38). |
| | $$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$ |
| | If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once: |
| | $$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$ |
| | $$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$ |
| | The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc}/N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $p_{n-k-N_{ppcw}-1}, \ldots, p_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(p_{n-k-N_{ppcw}}, \ldots, p_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41). |
| | $$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$ |
| | Source: IEEE Std 802.11-2020 |
| 13[g]: if the performance criterion is not met, increasing the number of modulated OFDM symbols and recalculating the number of puncturing bits $N_{punctured}$; | If the performance criterion is not met, the Accused Instrumentalities increase the number of modulated OFDM symbols and recalculating the number of puncturing bits $N_{punctured}$.<br><br>**19.3.11.7.5 LDPC PPDU encoding process** |

<table>
<tr><td></td><td>

d)   Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$

If $\left( (N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left( N_{shrt} < 1.2 \times N_{punc} \times \dfrac{R}{1-R} \right) \right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:

$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$

$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$

The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc}/N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $p_{n-k-N_{ppcw}-1}, \ldots, p_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(p_{n-k-N_{ppcw}}, \ldots, p_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).

$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$

Source: IEEE Std 802.11-2020

</td></tr>
<tr><td>

13[h]: generating the encoded data using the number of shortening bits $N_{shortened}$, the number of puncturing bits $N_{punctured}$, and the at least one LDPC codeword, wherein shortening is performed by

</td><td>

The Accused Instrumentalities generate the encoded data using the number of shortening bits $N_{shortened}$, the number of puncturing bits $N_{punctured}$, and the at least one LDPC codeword, wherein shortening is performed by setting $N_{shortened}$ information bits to 0 within the at least one LDPC codeword, and puncturing is performed by discarding $N_{punctured}$ parity bits from the at least one LDPC codeword.

**19.3.11.7.5 LDPC PPDU encoding process**

</td></tr>
</table>

| | |
|---|---|
| setting $N_{shortened}$ information bits to 0 within the at least one LDPC codeword, and puncturing is performed by discarding $N_{punctured}$ parity bits from the at least one LDPC codeword; and | f) For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.  Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword |

### 19.3.11.7.5 LDPC PPDU encoding process

c) Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37).

$$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \qquad (19\text{-}37)$$

When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of Table 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt} \bmod N_{CW}$ codewords shortened 1 bit more than the remaining codewords. Define $N_{spcw} = \lfloor N_{shrt}/N_{CW} \rfloor$. Then, when $N_{shrt} > 0$, the shortening is performed by setting information bits $i_{k-N_{spcw}-1}, \ldots, i_{k-1}$ to 0 in the first $N_{shrt} \bmod N_{CW}$ codewords and setting information bits $i_{k-N_{spcw}}, \ldots, i_{k-1}$ to 0 in the remaining codewords. For all values of $N_{shrt}$, encode each of the $N_{CW}$ codewords using the LDPC encoding technique described in 19.3.11.7.2 to 19.3.11.7.4. When $N_{shrt} > 0$, the shortened bits shall be discarded after encoding.

U.S. Patent No. RE48,212                                          Page 19 of 23

|  |  |
|---|---|
|  | d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}38)$$<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND} \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if<br><br>$(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \qquad (19\text{-}39)$$<br><br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \qquad (19\text{-}40)$$<br><br>The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords. Define $N_{ppcw} = \lfloor N_{punc}/N_{CW} \rfloor$. When $N_{ppcw} > 0$, the puncturing is performed by discarding parity bits $P_{n-k-N_{ppcw}-1}, \ldots, P_{n-k-1}$ of the first $N_{punc} \bmod N_{CW}$ codewords and discarding parity bits $(p_{n-k-N_{ppcw}}, \ldots, p_{n-k-1})$ of the remaining codewords after encoding. The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \qquad (19\text{-}41)$$<br><br>Source: IEEE Std 802.11-2020 |
| 13[i]: transmitting the encoded data. | The Accused Instrumentalities transmit the encoded data.<br><br>**19.3.11.11 OFDM modulation**<br><br>**19.3.11.11.3 Transmission in 20 MHz HT format**<br><br>For 20 MHz HT transmissions, the signal from transmit chain $i_{TX}, 1 \leq i_{TX} \leq N_{TX}$ shall be as shown in Equation (19-58). |

$$r^{i_{TX}}_{HT-DATA}(t) = \frac{1}{\sqrt{N_{STS} \cdot N^{Tone}_{HT-DATA}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}}(\tilde{D}_{k, i_{STS}, n} + p_{n+z} P^k_{(i_{STS}, n)})) \tag{19-58}$$

$$\cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T^{i_{STS}}_{CS})))$$

### 19.3.11.11.4 Transmission in 40 MHz HT format

For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (19-59).

$$r^{i_{TX}}_{HT-DATA}(t) = \frac{1}{\sqrt{N_{STS} \cdot N^{Tone}_{HT-DATA}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}}(\tilde{D}_{k, i_{STS}, n} + p_{n+z} P^k_{(i_{STS}, n)}) \Upsilon_k \tag{19-59}$$

$$\cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T^{i_{STS}}_{CS})))$$

### 21.3.10.11 OFDM modulation

### 21.3.10.11.1 Transmission in VHT format

The time domain waveform of the Data field of a VHT PPDU from frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$ shall be as defined in Equation (21-95).

$$r_{\text{VHT-Data}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{\text{VHT-Data}}^{\text{Tone}} N_{STS, total}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$
$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{u=0}^{N_{user}-1} \sum_{m=1}^{N_{STS, u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_u + m)} \Upsilon_{k, \text{BW}} (\tilde{D}_{k, m, n, BW}^{(i_{Seg}, u)} + P_{n+4} P_n^k) \cdot \exp(j2\pi k\Delta_F (t - nT_{SYM} - T_{GI, Data} - T_{CS,VHT}(M_u + m))) \right)$$
(21-95)

Source: IEEE Std 802.11-2020

### 27.3.12.14 OFDM modulation

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \le i_{TX} \le N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{\text{HE-Data}}^{(i_{Seg} i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS, r, total}}}$$
$$\sum_{k \in K_r} \sum_{u=0}^{N_{user, r}-1} \sum_{m=1}^{N_{STS, r, u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u} + m)} (\tilde{D}_{k, m, n, r}^{(i_{Seg}, u)} + P_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k) \cdot \exp(j2\pi k\Delta_{F, \text{HE}}(t - nT_{SYM} - T_{GI, Data} - T_{CS, \text{HE}}(M_{r, u} + m))) \right)$$
(27-108)

Source: IEEE Std 802.11ax-2021

U.S. Patent No. RE48,212                                    Page 22 of 23

**36.3.13.12 OFDM modulation**

The time domain waveform of the Data field of an EHT PPDU that is not an EHT TB PPDU for transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$, shall be as defined in Equation (36-87).

$$r_{\text{EHT-Data}}^{(i_{TX})}(t) = \tag{36-87}$$

$$\frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{EHT-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{SS,r,total}}} \sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{SS,r,u}} ([Q_{k,u}]_{i_{TX},m}$$

$$(D_{k,m,n,r}^u + p_{n+2+N_{\text{U-SIG}}+N_{\text{EHT-SIG}}} P_n^k) \exp(j2\pi k\Delta_{F,\text{EHT}}(t - nT_{SYM} - T_{\text{GI,Data}} - T_{\text{CS,EHT}}(M_{r,u} + m))))$$

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024