# Exhibit 13

# Application of U.S. Patent No. 8,291,289 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Honda and Acura vehicles with Wi-Fi capability as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

| Claim | Application of U.S. Patent 8,291,289 |
|---|---|
| 6[pre]: A method of preparing data for transmission over a transmission medium, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of preparing data for transmission over a transmission medium.<br><br>For example, the Accused Instrumentalities implement IEEE 802.11 standards, including IEEE Std. 802.11n, ac, ax, be (Wi-Fi 4, 5, 6, 7).<br><br>## Wi-Fi® Hotspot Capability (Select Vehicles)<br><br>**Definition**<br><br>Select Honda vehicles are equipped with a built-in telematics unit. It allows the vehicle to become a Wi-Fi® hotspot[29], enabling passengers to connect with the internet. In addition, users who have downloaded the HondaLink®[22] app to their mobile phones can enjoy the added benefits of HondaLink Subscription Services.<br><br>Source: https://www.hondainfocenter.com/Terms-and-Technologies/_content/Terms-and-Technologies/Wi-Fi-Hotspot-Capability-Select-Vehicles/ |

U.S. 8,291,289

Page 2 of 41



2025 Honda Odyssey | Wi-Fi Hotspot

Source: https://www.youtube.com/watch?v=-3AoyHIH52c

Wi-Fi® technology is based on the IEEE 802.11™ series of wireless connectivity standards which have revolutionized how we communicate and access information. Billions of Wi-Fi devices are in use worldwide today, dramatically impacting how individuals, businesses, governments, and societies interact. It is no exaggeration to say that the IEEE 802.11 series of standards has helped bring about inexpensive, equitable internet access globally.

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

U.S. 8,291,289                          Page 3 of 41

## What Are Wi-Fi Standards?

Wi-Fi standards are defined by the IEEE (Institute of Electrical and Electronics Engineers) under the 802.11 protocol. These standards dictate how wireless devices communicate and connect to the internet. The evolution of these standards has led to significant improvement in speed, range, and reliability.

### Key Wi-Fi Standards

1. **802.11 (1997)**: The original standard provided a maximum bandwidth of 2 Mbps operating on the 2.4 GHz frequency band.
2. **802.11a (1999)**: Introduced faster speeds of up to 54 Mbps on the 5 GHz band.
3. **802.11b (1999)**: Offered a maximum speed of 11 Mbps using the 2.4 GHz band.
4. **802.11g (2003)**: Combined features of 802.11a and b, achieving speeds up t0 54 Mbps on the 2.4 GHz band.
5. **802.11n (2009)**: Known as **Wi-Fi 4**, it introduced MIMO technology, significantly increasing speed and range with capabilities of up to 600 Mbps on both frequency bands.
6. **802.11ac (2013)**: Also called **Wi-Fi 5**, it operates primarily on the 5 GHz band with speeds exceeding 1 Gbps.
7. **802.11ax (2019)**: Known as **Wi-Fi 6**, this standard is designed for higher frequency and can reach speeds up to 10 Gbps while supporting multiple devices simultaneously.
8. **802.11be (2024)**: Known as **Wi-Fi 7**, this upcoming standard promises even greater speeds and efficiency by utilizing the newly available 6 GHz band alongside existing bands.

Source: https://www.dell.com/support/contents/en-eg/article/product-support/self-support-knowledgebase/networking-wifi-and-bluetooth/wi-fi-network-standards-overview

## 19. High-throughput (HT) PHY specification

### 19.1 Introduction

### 19.1.1 Introduction to the HT PHY

Clause 19 specifies the PHY entity for a high-throughput (HT) orthogonal frequency division multiplexing (OFDM) system. In addition, a variant capability PHY based on the HT PHY ("Class 2 HT PHY") is defined in this clause.

### 19.3.11.7 LDPC codes

### 19.3.11.7.5 LDPC PPDU encoding process

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

U.S. 8,291,289    Page 4 of 41

## 21. Very high throughput (VHT) PHY specification

### 21.1 Introduction

#### 21.1.1 Introduction to the VHT PHY

Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.

In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.

The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY

#### 21.3.10.5.4 LDPC coding

For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).

$$N_{pld} = N_{SYM,init} N_{DBPS} \tag{21-61}$$

LDPC codes used in VHT MU PPDUs shall also follow the definitions in 19.3.11.7. Refer to 21.3.10.5.5 for a description of the LDPC encoding process for VHT MU PPDUs.

Source: IEEE Std 802.11-2020

U.S. 8,291,289

## 27. High-efficiency (HE) PHY specification

### 27.1 Introduction

#### 27.1.1 Introduction to the HE PHY

Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:

— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.

— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.

— Clause 19 if the HE STA is operating in the 2.4 GHz band.

— Clause 17 if the HE STA is operating in the 6 GHz band.

#### 27.3.12.5.2 LDPC coding

For an HE SU PPDU or HE ER SU PPDU using LDPC coding on the Data field, the LDPC coding process described in 19.3.11.7 shall be used with the following modifications:

First, all bits in the Data field including the scrambled SERVICE, PSDU, and pre-FEC pad bits are encoded. Thus, $N_{pld}$ for HE PPDUs shall be computed using Equation (27-68) instead of Equation (19-35).

$$N_{pld} = (N_{SYM,init} - m_{STBC})N_{DBPS} + m_{STBC}N_{DBPS,last,init} \qquad (27\text{-}68)$$

Source: IEEE Std 802.11ax-2021

U.S. 8,291,289

Page 6 of 41

## 36. Extremely high throughput (EHT) PHY specification

### 36.1 Introduction

#### 36.1.1 Introduction to the EHT PHY

Clause 36 (Extremely high throughput (EHT) PHY specification) specifies the PHY entity for an extremely high throughput (EHT) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 36 (Extremely high throughput (EHT) PHY specification), an EHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of Clause 27 (High Efficiency (HE) PHY specification), which specifies support of the mandatory requirements of Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification), Clause 19 (High Throughput (HT) PHY specification), and Clause 21 (Very High Throughput (VHT) PHY specification).

For 2.4 GHz band operation, the EHT PHY is based on HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification) and Clause 18 (Extended Rate PHY (ERP) specification).

For 5 GHz band operation, the EHT PHY is based on the HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the VHT PHY defined in Clause 21 (Very High Throughput (VHT) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification).

For each user with LDPC encoding, the parameters $N_{pld,u}$ and $N_{avbits,u}$ are computed using Equation (36-54) and Equation (36-55), respectively.

$$N_{pld,u} = (N_{SYM,init} - 1)N_{DBPS,u} + N_{DBPS,last,init,u} \tag{36-54}$$

$$N_{avbits,u} = (N_{SYM,init} - 1)N_{CBPS,u} + N_{CBPS,last,init,u} \tag{36-55}$$

For each user with LDPC encoding, continue LDPC encoding process as in 19.3.11.7.5 (LDPC PPDU encoding process) starting with the parameters $N_{pld,u}$ and $N_{avbits,u}$. If there is at least one user with LDPC encoding for which the following condition in step d) of LDPC encoding process as described in 19.3.11.7.5 (LDPC PPDU encoding process) is met:

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024

| | |
|---|---|
| 6[a]: applying the following expanded parity check matrix to the data to generate encoded data:<br><br>```
61 75  4 63 56 −1 −1 −1 −1 −1 −1  8 −1  2 17 25  1  0 −1 −1 −1 −1 −1 −1
56 74 77 20 −1 −1 −1 64 24  4 67 −1  7 −1 −1 −1 −1  0  0 −1 −1 −1 −1 −1
28 21 68 10  7 14 65 −1 −1 −1 23 −1 −1 −1 75 −1 −1 −1  0  0 −1 −1 −1 −1
48 38 43 78 76 −1 −1 −1 −1  5 36 −1 15 72 −1 −1 −1 −1 −1  0  0 −1 −1 −1
40  2 53 25 −1 52 62 −1 20 −1 −1 44 −1 −1 −1 −1  0 −1 −1 −1  0  0 −1 −1
69 23 64 10 22 −1 21 −1 −1 −1 −1 −1 68 23 29 −1 −1 −1 −1 −1 −1  0  0 −1
12  0 68 20 55 61 −1 40 −1 −1 −1 52 −1 −1 −1 44 −1 −1 −1 −1 −1 −1  0  0
58  8 34 64 78 −1 −1 11 78 24 −1 −1 −1 −1 −1 58  1 −1 −1 −1 −1 −1 −1  0
``` | The Accused Instrumentalities apply the following expanded parity check matrix to the data to generate encoded data:<br><br>**19.3.11.7.4 Parity-check matrices**<br><br>Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.<br><br>The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.<br><br>Table F-3 displays the matrix prototypes of parity-check matrices for block length $n$=1944 bits, in the same fashion.<br><br>**Table F-3—Matrix prototypes for codeword block length $n$ = 1944 bits, subblock size is $Z$ = 81 bits**<br><br>(b) Coding rate R = 2/3.<br><br>```
61 75  4 63 56  –  –  –  –  –  –  8  –  2 17 25 1 0 – – – – – –
56 74 77 20  –  –  – 64 24  4 67  –  7  –  –  – – 0 0 – – – – –
28 21 68 10  7 14 65  –  –  – 23  –  –  – 75  – – – 0 0 – – – –
48 38 43 78 76  –  –  –  –  5 36  – 15 72  –  – – – – 0 0 – – –
40  2 53 25  – 52 62  – 20  –  – 44  –  –  –  – 0 – – – 0 0 – –
69 23 64 10 22  – 21  –  –  –  –  – 68 23 29  – – – – – 0 0 –
12  0 68 20 55 61  – 40  –  –  – 52  –  –  – 44 – – – – – – 0 0
58  8 34 64 78  –  – 11 78 24  –  –  –  –  – 58 1 – – – – – – 0
```<br><br>Source: IEEE Std 802.11-2020 |
| 6[b]: wherein −1 represents an 81×81 all-zero square matrix, and any other integer, $s_{ij}$, represents an 81×81 identity matrix circularly right shifted by a shift amount equal to the integer value of $s_{ij}$; | In the Accused Instrumentalities, −1 represents an 81×81 all-zero square matrix, and any other integer, $s_{ij}$, represents an 81×81 identity matrix circularly right shifted by a shift amount equal to the integer value of $s_{ij}$. |

U.S. 8,291,289                                        Page 8 of 41

**19.3.11.7.4 Parity-check matrices**

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

$$P_0 = \begin{bmatrix} 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \end{bmatrix}, P_1 = \begin{bmatrix} 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \\ 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \end{bmatrix}, P_5 = \begin{bmatrix} 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \\ 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \end{bmatrix}$$

**Figure 19-12—Examples of cyclic-permutation matrices with Z=8**

(b) Coding rate R = 2/3.

```
61  75   4  63  56   -   -   -   -   -   -   8   -   2  17  25   1  0  -  -  -  -  -  -
56  74  77  20   -   -   -  64  24   4  67   -   7   -   -   -   -  0  0  -  -  -  -  -
28  21  68  10   7  14  65   -   -   -  23   -   -   -  75   -   -  -  0  0  -  -  -  -
48  38  43  78  76   -   -   -   -   5  36   -  15  72   -   -   -  -  -  0  0  -  -  -
40   2  53  25   -  52  62   -  20   -   -  44   -   -   -   -   0  -  -  -  0  0  -  -
69  23  64  10  22   -  21   -   -   -   -   -  68  23  29   -   -  -  -  -  -  0  0  -
12   0  68  20  55  61   -  40   -   -   -  52   -   -   -  44   -  -  -  -  -  -  0  0
58   8  34  64  78   -   -  11  78  24   -   -   -   -   -  58   1  -  -  -  -  -  -  0
```

Source: IEEE Std 802.11-2020

| 6[c]: channel encoding the encoded data; and | The Accused Instrumentalities channel encode the encoded data. |
| --- | --- |
| | **19.3.11.7.5 LDPC PPDU encoding process** |

U.S. 8,291,289                                    Page 9 of 41

f)  For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.



**Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword**



NOTE: The particular case shown here has two FEC encoders, four spatial streams, BCC coding, no STBC, and four transmit chains. The actual transmission mode may differ from the one shown here in various ways:
— There might be 1 or 2 FEC encoders when BCC encoding is used.
— The stream parser might have 1, 2, 3 or 4 outputs.
— When LDPC encoding is used, the interleavers are not used.
— When STBC is used, the STBC block has more outputs than inputs (otherwise the ouputs equal the inputs).
— When spatial mapping is used, there might be more transmit chains than space-time streams.
— The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 19-3—Transmitter block diagram 2**



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE Std 802.11-2020



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE Std 802.11ax-2021



**Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU**

Source: IEEE P802.11be/D7.0; IEEE Std. 802.11be-2024

| 6[d]: modulating the channel encoded data onto a carrier. | The Accused Instrumentalities modulate the channel encoded data onto a carrier. |
| --- | --- |
| | **19.3.11.11 OFDM modulation** |
| | **19.3.11.11.3 Transmission in 20 MHz HT format** |
| | For 20 MHz HT transmissions, the signal from transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$ shall be as shown in Equation (19-58). |

$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX},i_{STS}}(\tilde{D}_{k,i_{STS},n} + p_{n+z}P_{(i_{STS},n)}^k)) \tag{19-58}$$

$$\cdot \exp(j2\pi k \Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$

### 19.3.11.11.4 Transmission in 40 MHz HT format

For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (19-59).

$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX},i_{STS}}(\tilde{D}_{k,i_{STS},n} + p_{n+z}P_{(i_{STS},n)}^k))\Upsilon_k \tag{19-59}$$

$$\cdot \exp(j2\pi k \Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$

U.S. 8,291,289                          Page 15 of 41



**Figure 19-3—Transmitter block diagram 2**

### 21.3.10.11 OFDM modulation

### 21.3.10.11.1 Transmission in VHT format

The time domain waveform of the Data field of a VHT PPDU from frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$ shall be as defined in Equation (21-95).

$$
r_{\text{VHT-Data}}^{(i_{Seg},\, i_{TX})}(t) = \frac{1}{\sqrt{N_{\text{VHT-Data}}^{\text{Tone}} N_{STS,\,total}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - n T_{SYM}) \tag{21-95}
$$

$$
\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{u=0}^{N_{user}-1} \sum_{m=1}^{N_{STS,\,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX},\,(M_u + m)} \Upsilon_{k,\,BW} \left( \tilde{D}_{k,\,m,\,n,\,BW}^{(i_{Seg},\,u)} + P_{n+4} P_n^k \right) \right.
$$
$$
\left. \cdot \exp(j 2 \pi k \Delta_F (t - n T_{SYM} - T_{\text{GI, Data}} - T_{\text{CS,VHT}}(M_u + m))) \right)
$$



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE 802.11-2020

**27.3.12.14 OFDM modulation**

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \leq i_{TX} \leq N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{\text{HE-Data}}^{(i_{Seg} i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,r,total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} \left( \tilde{D}_{k,m,n,r}^{(i_{Seg},u)} + p_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k \right) \cdot \exp(j2\pi k\Delta_{F,\text{HE}}(t - nT_{SYM} - T_{GI,Data} - T_{CS,\text{HE}}(M_{r,u}+m))) \right)$$

(27-108)



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE 802.11ax-2021

### 36.3.13.12 OFDM modulation

The time domain waveform of the Data field of an EHT PPDU that is not an EHT TB PPDU for transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$, shall be as defined in Equation (36-87).

$$r_{\text{EHT-Data}}^{(i_{TX})}(t) = \qquad\qquad (36\text{-}87)$$

$$\frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{EHT-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{SS,r,total}}} \sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{SS,r,u}} ([Q_{k,u}]_{i_{TX},m}$$

$$(D_{k,m,n,r}^u + p_{n+2+N_{\text{U-SIG}}+N_{\text{EHT-SIG}}} P_n^k) \exp(j2\pi k \Delta_{F,\text{EHT}}(t - nT_{SYM} - T_{GI,\text{Data}} - T_{CS,\text{EHT}}(M_{r,u}+m))))$$



**Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU**

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024

| 10[pre]: A method of decoding data received over a transmission medium, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of decoding data received over a transmission medium. |
|---|---|
| | For example, the Accused Instrumentalities implement IEEE 802.11 standards, including IEEE Std. 802.11n, ac, ax, be (Wi-Fi 4, 5, 6, 7). |
| | ## Wi-Fi® Hotspot Capability (Select Vehicles) |
| | **Definition** |
| | Select Honda vehicles are equipped with a built-in telematics unit. It allows the vehicle to become a Wi-Fi® hotspot[29], enabling passengers to connect with the internet. In addition, users who have downloaded the HondaLink®[22] app to their mobile phones can enjoy the added benefits of HondaLink Subscription Services. |
| | Source: https://www.hondainfocenter.com/Terms-and-Technologies/_content/Terms-and-Technologies/Wi-Fi-Hotspot-Capability-Select-Vehicles/ |

U.S. 8,291,289                                Page 21 of 41



**2025 Honda Odyssey | Wi-Fi Hotspot**

Source: https://www.youtube.com/watch?v=-3AoyHIH52c

Wi-Fi® technology is based on the IEEE 802.11™ series of wireless connectivity standards which have revolutionized how we communicate and access information. Billions of Wi-Fi devices are in use worldwide today, dramatically impacting how individuals, businesses, governments, and societies interact. It is no exaggeration to say that the IEEE 802.11 series of standards has helped bring about inexpensive, equitable internet access globally.

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

U.S. 8,291,289                                    Page 22 of 41

## What Are Wi-Fi Standards?

Wi-Fi standards are defined by the IEEE (Institute of Electrical and Electronics Engineers) under the 802.11 protocol. These standards dictate how wireless devices communicate and connect to the internet. The evolution of these standards has led to significant improvement in speed, range, and reliability.

### Key Wi-Fi Standards

1. **802.11 (1997):** The original standard provided a maximum bandwidth of 2 Mbps operating on the 2.4 GHz frequency band.
2. **802.11a (1999):** Introduced faster speeds of up to 54 Mbps on the 5 GHz band.
3. **802.11b (1999):** Offered a maximum speed of 11 Mbps using the 2.4 GHz band.
4. **802.11g (2003):** Combined features of 802.11a and b, achieving speeds up t0 54 Mbps on the 2.4 GHz band.
5. **802.11n (2009):** Known as **Wi-Fi 4**, it introduced MIMO technology, significantly increasing speed and range with capabilities of up to 600 Mbps on both frequency bands.
6. **802.11ac (2013):** Also called **Wi-Fi 5**, it operates primarily on the 5 GHz band with speeds exceeding 1 Gbps.
7. **802.11ax (2019):** Known as **Wi-Fi 6**, this standard is designed for higher frequency and can reach speeds up to 10 Gbps while supporting multiple devices simultaneously.
8. **802.11be (2024):** Known as **Wi-Fi 7**, this upcoming standard promises even greater speeds and efficiency by utilizing the newly available 6 GHz band alongside existing bands.

Source: https://www.dell.com/support/contents/en-eg/article/product-support/self-support-knowledgebase/networking-wifi-and-bluetooth/wi-fi-network-standards-overview

# 19. High-throughput (HT) PHY specification

## 19.1 Introduction

### 19.1.1 Introduction to the HT PHY

Clause 19 specifies the PHY entity for a high-throughput (HT) orthogonal frequency division multiplexing (OFDM) system. In addition, a variant capability PHY based on the HT PHY ("Class 2 HT PHY") is defined in this clause.

### 19.3.11.7 LDPC codes

## 19.3.11.7.5 LDPC PPDU encoding process

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

U.S. 8,291,289    Page 23 of 41

## 21. Very high throughput (VHT) PHY specification

### 21.1 Introduction

#### 21.1.1 Introduction to the VHT PHY

Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.

In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.

The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY

#### 21.3.10.5.4 LDPC coding

For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).

$$N_{pld} = N_{SYM,init} N_{DBPS} \tag{21-61}$$

LDPC codes used in VHT MU PPDUs shall also follow the definitions in 19.3.11.7. Refer to 21.3.10.5.5 for a description of the LDPC encoding process for VHT MU PPDUs.

Source : IEEE 802.11-2020

## 27. High-efficiency (HE) PHY specification

### 27.1 Introduction

#### 27.1.1 Introduction to the HE PHY

Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:

— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.

— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.

— Clause 19 if the HE STA is operating in the 2.4 GHz band.

— Clause 17 if the HE STA is operating in the 6 GHz band.

#### 27.3.12.5.2 LDPC coding

For an HE SU PPDU or HE ER SU PPDU using LDPC coding on the Data field, the LDPC coding process described in 19.3.11.7 shall be used with the following modifications:

First, all bits in the Data field including the scrambled SERVICE, PSDU, and pre-FEC pad bits are encoded. Thus, $N_{pld}$ for HE PPDUs shall be computed using Equation (27-68) instead of Equation (19-35).

$$N_{pld} = (N_{SYM, init} - m_{STBC})N_{DBPS} + m_{STBC}N_{DBPS, last, init} \qquad (27\text{-}68)$$

Source : IEEE Std 802.11ax-2021

U.S. 8,291,289                                    Page 25 of 41

## 36. Extremely high throughput (EHT) PHY specification

### 36.1 Introduction

#### 36.1.1 Introduction to the EHT PHY

Clause 36 (Extremely high throughput (EHT) PHY specification) specifies the PHY entity for an extremely high throughput (EHT) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 36 (Extremely high throughput (EHT) PHY specification), an EHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of Clause 27 (High Efficiency (HE) PHY specification), which specifies support of the mandatory requirements of Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification), Clause 19 (High Throughput (HT) PHY specification), and Clause 21 (Very High Throughput (VHT) PHY specification).

For 2.4 GHz band operation, the EHT PHY is based on HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification) and Clause 18 (Extended Rate PHY (ERP) specification).

For 5 GHz band operation, the EHT PHY is based on the HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the VHT PHY defined in Clause 21 (Very High Throughput (VHT) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification).

For each user with LDPC encoding, the parameters $N_{pld,u}$ and $N_{avbits,u}$ are computed using Equation (36-54) and Equation (36-55), respectively.

$$N_{pld,u} = (N_{SYM,init} - 1)N_{DBPS,u} + N_{DBPS,last,init,u} \tag{36-54}$$

$$N_{avbits,u} = (N_{SYM,init} - 1)N_{CBPS,u} + N_{CBPS,last,init,u} \tag{36-55}$$

For each user with LDPC encoding, continue LDPC encoding process as in 19.3.11.7.5 (LDPC PPDU encoding process) starting with the parameters $N_{pld,u}$ and $N_{avbits,u}$. If there is at least one user with LDPC encoding for which the following condition in step d) of LDPC encoding process as described in 19.3.11.7.5 (LDPC PPDU encoding process) is met:

| | Source : IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024.<br><br>Decoding LDPC encoded data is functionally the inverse of encoding data using LDPC and performed using the same expanded parity check matrix used to encode data. |
|---|---|
| 10[a]: demodulating the received data; | The Accused Instrumentalities demodulate the received data.<br><br>**19.3.11.11 OFDM modulation**<br><br>**19.3.11.11.3 Transmission in 20 MHz HT format**<br><br>For 20 MHz HT transmissions, the signal from transmit chain $i_{TX}$, $1 \le i_{TX} \le N_{TX}$ shall be as shown in Equation (19-58).<br><br>$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t-nT_{SYM})$$<br><br>$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k) \qquad (19\text{-}58)$$<br><br>$$\cdot \exp(j2\pi k\Delta_F(t-nT_{SYM}-T_{GI}-T_{CS}^{i_{STS}})))$$ |

### 19.3.11.11.4 Transmission in 40 MHz HT format

For 40 MHz HT transmissions, the signal from transmit chain $i_{TX}$ shall be as shown in Equation (19-59).

$$r_{HT-DATA}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{STS} \cdot N_{HT-DATA}^{Tone}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM})$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} ([Q_k]_{i_{TX}, i_{STS}} (\tilde{D}_{k, i_{STS}, n} + p_{n+z} P_{(i_{STS}, n)}^k) ) \Upsilon_k \qquad (19\text{-}59)$$

$$\cdot \exp(j2\pi k \Delta_F (t - nT_{SYM} - T_{GI} - T_{CS}^{i_{STS}})))$$



NOTE:  The particular case shown here has two FEC encoders, four spatial streams, BCC coding, no STBC, and four transmit chains. The actual transmission mode may differ from the one shown here in various ways:
  —There might be 1 or 2 FEC encoders when BCC encoding is used.
  —The stream parser might have 1, 2, 3 or 4 outputs.
  —When LDPC encoding is used, the interleavers are not used.
  —When STBC is used, the STBC block has more outputs than inputs (otherwise the ouputs equal the inputs).
  —When spatial mapping is used, there might be more transmit chains than space-time streams.
  —The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 19-3—Transmitter block diagram 2**

**21.3.10.11 OFDM modulation**

**21.3.10.11.1 Transmission in VHT format**

The time domain waveform of the Data field of a VHT PPDU from frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, $1 \leq i_{TX} \leq N_{TX}$ shall be as defined in Equation (21-95).

$$r_{\text{VHT-Data}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{N_{\text{VHT-Data}}^{\text{Tone}} N_{STS, total}}} \sum_{n=0}^{N_{SYM}-1} w_{T_{SYM}}(t - nT_{SYM}) \qquad (21\text{-}95)$$

$$\cdot \sum_{k=-N_{SR}}^{N_{SR}} \sum_{u=0}^{N_{user}-1} \sum_{m=1}^{N_{STS,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX},(M_u+m)} \Upsilon_{k,\text{BW}} (\tilde{D}_{k,m,n,BW}^{(i_{Seg},u)} + p_{n+4} P_n^k) \right.$$
$$\left. \cdot \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI,\text{Data}} - T_{CS,\text{VHT}}(M_u + m))) \right)$$



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE Std 802.11-2020

### 27.3.12.14 OFDM modulation

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \leq i_{TX} \leq N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$
r_{\text{HE-Data}}^{(i_{Seg} i_{TX})}(t) = \frac{1}{\sqrt{\sum\limits_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - n T_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,r,total}}}
$$

$$
\sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX},(M_{r,u}+m)} (\tilde{D}_{k,m,n,r}^{(i_{Seg},u)} + p_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k) \right.
$$
$$
\left. \cdot \exp(j 2\pi k \Delta_{F,\text{HE}}(t - n T_{SYM} - T_{GI,Data} - T_{CS,\text{HE}}(M_{r,u}+m))) \right)
$$

(27-108)



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE Std 802.11ax-2021

### 36.3.13.12 OFDM modulation

The time domain waveform of the Data field of an EHT PPDU that is not an EHT TB PPDU for transmit chain $i_{TX}$, $1 \leq i_{TX} \leq N_{TX}$, shall be as defined in Equation (36-87).

$$r^{(i_{TX})}_{\text{EHT-Data}}(t) = \tag{36-87}$$

$$\frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{EHT-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{SS,r,total}}} \sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{SS,r,u}} ([Q_{k,u}]_{i_{TX},m}$$

$$(D^u_{k,m,n,r} + p_{n+2+N_{\text{U-SIG}}+N_{\text{EHT-SIG}}} P^k_n) \exp(j2\pi k\Delta_{F,\text{EHT}}(t - nT_{SYM} - T_{GI,\text{Data}} - T_{CS,\text{EHT}}(M_{r,u}+m))))$$



$N_{SS}$ ($\leq 8$) Spatial Streams      $N_{TX}$ Transmit Chains

**Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU**

| | |
|---|---|
| | IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024.<br><br>Demodulating the received data is functionally the inverse of modulating the data for transmission. |
| 10[b]: channel decoding the demodulated data; and | The Accused Instrumentalities channel decode the demodulated data.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>f)  For each of the $N_{CW}$ codewords, process the data using the number of shortening bits per codeword as computed in step c) for encoding, and puncture or repeat bits per codeword as computed per step d) and step e), as illustrated in Figure 19-13.<br><br><br><br>**Figure 19-13—LDPC PPDU encoding padding and puncturing of a single codeword** |



NOTE:  The particular case shown here has two FEC encoders, four spatial streams, BCC coding, no STBC, and four transmit chains. The actual transmission mode may differ from the one shown here in various ways:
  —There might be 1 or 2 FEC encoders when BCC encoding is used.
  —The stream parser might have 1, 2, 3 or 4 outputs.
  —When LDPC encoding is used, the interleavers are not used.
  —When STBC is used, the STBC block has more outputs than inputs (otherwise the ouputs equal the inputs).
  —When spatial mapping is used, there might be more transmit chains than space-time streams.
  —The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 19-3—Transmitter block diagram 2**



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE Std 802.11-2020

U.S. 8,291,289                                    Page 36 of 41



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE Std 802.11ax-2021



Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU

Source: IEEE 802.11be/D7.0; IEEE 802.11be-2024.

Channel decoding the demodulated data is functionally the inverse of channel encoding the data for modulation.

| 10[c]: applying the following expanded parity check matrix to the channel decoded data to generate decoded data: | The Accused Instrumentalities apply the following expanded parity check matrix to the channel decoded data to generate decoded data: |
|---|---|
| | |

```
61 75  4 63 56 −1 −1 −1 −1 −1 −1  8 −1  2 17 25  1  0 −1 −1 −1 −1 −1 −1
56 74 77 20 −1 −1 −1 64 24  4 67 −1  7 −1 −1 −1 −1  0  0 −1 −1 −1 −1 −1
28 21 68 10  7 14 65 −1 −1 −1 23 −1 −1 −1 75 −1 −1 −1  0  0 −1 −1 −1 −1
48 38 43 78 76 −1 −1 −1 −1  5 36 −1 15 72 −1 −1 −1 −1  0  0 −1 −1 −1
40  2 53 25 −1 52 62 −1 20 −1 −1 44 −1 −1 −1 −1  0 −1 −1 −1  0  0 −1 −1
69 23 64 10 22 −1 21 −1 −1 −1 −1 −1 68 23 29 −1 −1 −1 −1 −1 −1  0  0 −1
12  0 68 20 55 61 −1 40 −1 −1 −1 52 −1 −1 −1 44 −1 −1 −1 −1 −1 −1  0  0
58  8 34 64 78 −1 −1 11 78 24 −1 −1 −1 −1 −1 58  1 −1 −1 −1 −1 −1 −1  0
```

## 19.3.11.7.5 LDPC PPDU encoding process

### 19.3.11.7.4 Parity-check matrices

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

Table F-3 displays the matrix prototypes of parity-check matrices for block length $n$=1944 bits, in the same fashion.

### Table F-3—Matrix prototypes for codeword block length $n$ = 1944 bits, subblock size is $Z$ = 81 bits

(b) Coding rate R = 2/3.

```
61  75   4  63  56   −   −   −   −   −   −   8   −   2  17  25   1 0 − − − − − −
56  74  77  20   −   −   −  64  24   4  67   −   7   −   −   −   − 0 0 − − − − −
28  21  68  10   7  14  65   −   −   −  23   −   −   −  75   −   − − 0 0 − − − −
48  38  43  78  76   −   −   −   −   5  36   −  15  72   −   −   − − − 0 0 − − −
40   2  53  25   −  52  62   −  20   −   −  44   −   −   −   −   0 − − − 0 0 − −
69  23  64  10  22   −  21   −   −   −   −   −  68  23  29   −   − − − − − 0 0 −
12   0  68  20  55  61   −  40   −   −   −  52   −   −   −  44   − − − − − − 0 0
58   8  34  64  78   −   −  11  78  24   −   −   −   −   −  58   1 − − − − − − 0
```

Source: IEEE 802.11-2020

Applying an expanded parity check matrix to the channel decoded data to generate decoded data is functionally the inverse of applying the same expanded parity check matrix to channel encode the data to generate encoded data.

| | |
|---|---|
| 10[d]: wherein −1 represents an 81×81 all-zero square matrix, and any other integer, $s_{ij}$, represents an 81×81 identity matrix circularly right shifted by a shift amount equal to the integer value of $s_{ij}$. | In the Accused Instrumentalities, −1 represents an 81×81 all-zero square matrix, any other integer, $s_{ij}$, represents an 81×81 identity matrix circularly right shifted by a shift amount equal to the integer value of $s_{ij}$. |

**19.3.11.7.4 Parity-check matrices**

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

$$P_0 = \begin{bmatrix} 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \end{bmatrix}, P_1 = \begin{bmatrix} 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \\ 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \end{bmatrix}, P_5 = \begin{bmatrix} 0 & 0 & 0 & 0 & 0 & 1 & 0 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 0 & 0 & 0 & 0 & 1 \\ 1 & 0 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 1 & 0 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 1 & 0 & 0 & 0 & 0 \\ 0 & 0 & 0 & 0 & 1 & 0 & 0 & 0 \end{bmatrix}$$

**Figure 19-12—Examples of cyclic-permutation matrices with Z=8**

(b) Coding rate R = 2/3.

```
61  75   4  63  56   -   -   -   -   -   -   8   -   2  17  25   1 0 - - - - - -
56  74  77  20   -   -   -  64  24   4  67   -   7   -   -   -   - 0 0 - - - - -
28  21  68  10   7  14  65   -   -   -  23   -   -   -  75   -   - - 0 0 - - - -
48  38  43  78  76   -   -   -   -   5  36   -  15  72   -   -   - - - 0 0 - - -
40   2  53  25   -  52  62   -  20   -   -  44   -   -   -   -   0 - - - 0 0 - -
69  23  64  10  22   -  21   -   -   -   -   -  68  23  29   -   - - - - - 0 0 -
12   0  68  20  55  61   -  40   -   -   -  52   -   -   -  44   - - - - - - 0 0
58   8  34  64  78   -   -  11  78  24   -   -   -   -   -  58   1 - - - - - - 0
```

Source: IEEE 802.11-2020

U.S. 8,291,289                                     Page 40 of 41

| | Applying an expanded parity check matrix to the channel decoded data to generate decoded data is functionally the inverse of applying the same expanded parity check matrix to channel encode the data to generate encoded data. |
|---|---|